**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-25316-DPG**

**ERIC PHILLIP DURRENBERGER,**

      **Plaintiff,**

**v.**

**FLORIDA INTERNATIONAL UNIVERSITY**
**BOARD OF TRUSTEES, *et al.*,**

      **Defendants.**

_____/

## **ORDER**

**THIS CAUSE** comes before the Court upon the Report and Recommendation of Magistrate Judge Lisette M. Reid (the "Report"). [ECF No. 11]. On February 12, 2026, Judge Reid issued a combined (1) Order granting Plaintiff Eric Phillip Durrenberger's Motion for Leave to Proceed *in forma pauperis* and (2) the Report which recommends that Plaintiff's Complaint be dismissed without prejudice. *Id*. Neither party objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). As there are no objections to the Report, the Court reviewed the Report for

clear error. Finding no clear error, the Court agrees with Judge Reid's well-reasoned analysis and conclusion that Plaintiff's Complaint should be dismissed without prejudice.

## **CONCLUSION**

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1)     The Report and Recommendation, [ECF No. 1], is **ADOPTED** in full.

(2)     The Complaint is **DISMISSED** without prejudice.

(3)     Plaintiff shall file an amended complaint within twenty (20) days of this Order.

(4)     This case is **ADMINISTRATIVELY CLOSED** pending the filing of an amended complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of April 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE