**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-25316-DPG**

**ERIC PHILIP DURRENBERGER,**

**Plaintiff,**

**v.**

**FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, et al.,**

**Defendants.**

_________________________________________/

**ORDER**

**THIS CAUSE** comes before the Court on the Report and Recommendation of Magistrate Judge Lisette M. Reid (the "Report"). [ECF No. 15]. On December 19, 2025, the Court referred the case to Judge Reid for a ruling on all pretrial non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 10]. On April 23, 2026, Plaintiff filed an Amended Complaint. [ECF No. 14]. On June 30, 2026, Judge Reid issued her Report, recommending that Plaintiff's Amended Complaint be dismissed without prejudice. [ECF No. 15]. No party filed objections.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781,

784 (11th Cir. 2006). Given that the parties have not objected to any portion of the Report, the Court reviewed the Report for clear error. Finding no clear error, the Court agrees with Judge Reid's findings and conclusion that Plaintiff's Amended Complaint be dismissed without prejudice.

**CONCLUSION**

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1) The Report and Recommendation, [ECF No. 15], is **ADOPTED in full**.

(2) Plaintiff's Amended Complaint, [ECF No. 14], is **DISMISSED without prejudice**.

(3) On or before **September 4, 2026**, Plaintiff shall file a Second Amended Complaint.

(4) The Case is **CLOSED** pending Plaintiff's filing a Second Amended Complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of August, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**